UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22409-CIV-GOLD/MCALILEY

WILBERT GURLEY,

    Plaintiff,

vs.

ROYAL CARRIBEAN
CRUISES, LTD.,

    Defendant.
_____/

### ORDER CLOSING CASE; DISMISSING CLAIMS WITHOUT PREJUDICE

THIS CAUSE comes before the Court on the Notice of Voluntary Dismissal without Prejudice [DE 3] filed by Plaintiff on September 17, 2008, in which Plaintiff seeks to dismiss their action against Defendant pursuant to Fed. R. Civ. P. 41(a)(1). Having reviewed the Notice, the file, and being otherwise duly advised in the premises, this case is dismissed without prejudice. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.    This case is CLOSED.

2.    This case is DISMISSED without prejudice.

DONE AND ORDERED in chambers at Miami, Florida, this 16 day of September, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
All Counsel of Record